IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KATIE McGLENN, on behalf of
her minor daughter, *et al.*,

        Plaintiffs,

v.

MADISON METROPOLITAN
SCHOOL DISTRICT, *et al.*,

        Defendants.

AMENDED
SCHEDULING ORDER

21-cv-683-jdp

---

At a March 8, 2023 telephonic conference, the court reset the schedule:

    **Amendments to the Pleadings: By leave of court**

    **Disclosure of Liability Experts: Plaintiffs: January 5, 2024**

                **Defendants: March 4, 2024**

    **Deadline for Filing Dispositive Motions**: **March 15, 2024**

    **Disclosure of Damages Experts: Plaintiffs: April 5, 2024**

                **Defendants: May 31, 2024**

    **Discovery Cutoff: June 28, 2024**

    **Settlement Letters: June 28, 2024**

    **Rule 26(a)(3) Disclosures *and* all motions in limine: July 12, 2024**

                **Responses: July 26, 2024**

    **Final Pretrial Conference: August 7, 2024 at 2:30 p.m.**

    **Jury Selection and Trial: August 19, 2024 at 9:00 a.m.**

Entered this 8th day of March, 2023.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge