IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATIE MCGLENN, LAUREN ENGLE,
MARGARET MCGLENN, KYLIE
KAVANAUGH, LILLIAN XISTRIS,
ADELINE XISTRIS, SYDNEY MARZ,                    Case No. 21-cv-683-jdp
JEFF HAUPT, ANNIE PARENTEAU,
ALAYNA TUCKER, TESS MCGLENN,
and GABRIELLE HAUPT,

                        Plaintiffs,

        v.

MADISON METROPOLITAN SCHOOL
DISTRICT, DAVID KRUCHTEN, HEIDI
TEPP, JOE FANNING, JOE BALLES, and
MADISON METROPOLITAN SCHOOL
DISTRICT (MMSD),

                        Defendants,

        and

AUTO-OWNERS INSURANCE
COMPANY and COMMUNITY
INSURANCE CORPORATION,

                        Intervenor-Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

plaintiffs Tess McGlenn, Margaret McGlenn, Annie Parenteau, Gabrielle Haupt,

Lillian Xistris, Adeline Xistris, Kylie Kavanaugh, Sydney Marz, Lauren Engle, and

Alayna Tucker (collectively, plaintiffs) against defendant David Kruchten, each in the

amount of $1,000,000 on their individual Fourth Amendment claims and claims under Wis. Stat. § 995.50 against Kruchten, on the condition that plaintiffs not make collection efforts on any property titled in the name of Emily Kruchten. Judgment is entered dismissing plaintiffs' claims against David Kruchten under the Due Process Clause and the Equal Protection Clause.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs collectively against defendant David Kruchten in the amount of $85,000 in attorney fees and costs on the condition that no plaintiff makes collection efforts on any property titled in the name of Emily Kruchten.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Madison Metropolitan School District, Heidi Tepp, Joe Balles, and Joe Fanning dismissing plaintiffs' claims against them with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of intervenor-defendant Community Insurance Corporation declaring that Community Insurance Corporation does not have a duty to defend or indemnify David Kruchten or a duty to defend Joe Balles. Judgment is entered dismissing Community Insurance Corporation's claim for declaratory relief that it does not have a duty to defend any defendant for conduct occurring after June 30, 2018. Judgment is entered dismissing as moot Community Insurance Corporation's claim for declaratory relief that it does not have a duty to indemnify Joe Balles or any defendant for conduct occurring after June 30, 2018.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of intervenor-defendant Auto-Owners Insurance Company declaring that Auto-Owners Insurance Company does not have a duty to defend Joe Fanning. Judgment is entered dismissing as moot Auto-Owners Insurance Company's claim for declaratory relief that it does not have a duty to indemnify Joe Fanning.

Approved as to form this 10th day of July, 2024.

_____
James D. Peterson
District Judge

/s/ L. Miller, Deputy Clerk                                       7/10/2024
_____                    _____
Joel Turner                                                          Date
Clerk of Court